## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeff Bartels

                Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

Case No.: 1:23−cv−03752

Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's notice of dismissal [33], which seeks to voluntarily dismiss defendants No. 16 KONDRAWI MAZZ; No. 43 Lorto Org; No. 141 Hight speed; No. 137 Feadge; No. 159 DUADELI; No. 101 enoxboo; No. 119 amn−cqq; No. 133 JMH−JP; No. 154 CTG−JP; No. 170 winlejoice; No. 105 YOUHUBUY; No. 73 Sunshare; and No. 153 PRICETAIL under Rule 41(a)(1). But Rule 41(a) is not the proper vehicle for dismissing some, but not all, parties to an action. Taylor v. Brown, 787 F.3d 851, 857 (7th Cir. 2015) ("Rule 41(a) should be limited to dismissal of an entire action."). The court therefore construes plaintiff's notice of voluntary dismissal as a request for leave to amend the pleadings under Rule 15(a)(2) by removing defendants No. 16 KONDRAWI MAZZ; No. 43 Lorto Org; No. 141 Hight speed; No. 137 Feadge; No. 159 DUADELI; No. 101 enoxboo; No. 119 amn−cqq; No. 133 JMH−JP; No. 154 CTG−JP; No. 170 winlejoice; No. 105 YOUHUBUY; No. 73 Sunshare; and No. 153 PRICETAIL from the Schedule A form, see Taylor, 787 F.3d at 857−58, and the court grants plaintiff leave to amend the pleadings. Plaintiff has already filed an amended Schedule A form on the docket [34]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.